ED. SCHUSTER & CO., INC. *v.* UNITED STATES

No. 7465.—Invoice dated Brussels, Belgium, June 11, 1946.
Certified June 11, 1946.
Entered at Milwaukee, Wis., August 14, 1946.
Entry No. 101.

(Decided December 5, 1947)

*Wallace & Schwartz* (*Joseph Schwartz* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General (*Richard H. Welsh,* special attorney), for the defendant.

CLINE, Judge: This is an appeal for reappraisement of certain theatrical gauze imported from Belgium on June 28, 1946.

When this case was called for trial, the Government moved to dismiss the appeal on the ground that it was untimely. The record shows that the notice of advance was mailed on October 2, 1946, and the appeal for reappraisement was filed on January 17, 1947. The appeal is therefore untimely having been filed more than 30 days after the date of mailing of written notice of appraisement (section 501 of the Tariff Act of 1930).

The motion to dismiss is granted.

H. W. ROBINSON & CO. *v.* UNITED STATES

No. 7466.—Invoices dated London, England, December 31, 1941, etc.
Certified January 6, 1942, etc.
Entered at New York, N. Y., March 13, 1942, etc.
Entry Nos. 742085; 722897.

(Decided December 5, 1947)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.